# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COACH SERVICES, INC., a Maryland corporation, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:10-cv-00444-LRH-GWF |
| vs. | ) **ORDER** ) |
| ARELNI, LLC, a Wyoming limited liability company, | ) ) ) |
| Defendant. | ) ) |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulation and Order to Extend Discovery (Third Request) (#26) filed June 10, 2011, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 12, 2011. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **October 31, 2011**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

2.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 19th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge